UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO CASTANEDA,<br><br>　　　　　　　　　　　Plaintiff,<br>　　v.<br>DIRECTOR OF NURSING, HDSP,<br>　　　　　　　　　　　Defendant. | Case No. 2:22-cv-01789-ART-EJY<br><br>(ECF No. 4) |

　　　　Plaintiff Antonio Castaneda ("Castaneda"), who is incarcerated in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights Complaint pursuant to 42 U.S.C. § 1983, a completed Application to Proceed *in forma pauperis*, and a Motion for Preliminary Injunction. (ECF Nos. 1-1, 8, 4). The Court screens Castaneda's *in forma pauperis* application in a separate order. Based on the facts alleged in Castaneda's Complaint (ECF No. 1-1), this Court finds that further briefing on Castaneda's Motion for Preliminary Injunction (ECF No. 4) is warranted.

　　　　It is therefore ordered that Defendants have 28 days after the entry of this order and the screening order to file any response to Castaneda's Motion for Preliminary Injunction. (ECF No. 4). If Castaneda chooses to file any reply in support of his motion, he will do so within seven days after the response is due.

　　　　The Court will enter an order scheduling oral argument later.

　　　　It is further ordered that the Attorney General's Office must advise the Court within 21 days of the date of the entry of this order whether it will enter a limited notice of appearance on behalf of Interested Party for the purpose of responding to the Motion for Preliminary Injunction. (ECF No. 4). No defenses or objections, including lack of service, will be waived because of the filing of the limited notice of appearance.

　　　　It is further ordered that the Clerk of Court add the Nevada Department of Corrections to the docket as an Interested Party and electronically serve a copy

of this order and a copy of the Motion for Preliminary Injunction (ECF No. 4) on the Office of the Attorney General of the State of Nevada by adding the Attorney General of the State of Nevada to the interested party on the docket. This does not indicate acceptance of service.

DATED THIS 7th day of March 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE