UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO CASTANEDA,<br><br>          Plaintiff,<br><br>v.<br><br>DIRECTOR OF NURSING, HDSP,<br><br>          Defendant. | Case No. 2:22-cv-01789-ART-EJY<br><br>**ORDER GRANTING STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Antonio Castaneda, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 26th day of May, 2023.

By:/s/ [signature]
ANTONIO CASTANEDA
Plaintiff

DATED this 26th day of May, 2023

AARON D. FORD
Attorney General

By: /s/ Leo T. Hendges
LEO T. HENDGES (Bar No. 16034)
Deputy Attorney General
*Attorneys for Defendant*

ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED: June 7, 2023.

Anne R. Traum
United States District Court Judge