UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO CASTANEDA,<br><br>            Plaintiff,<br>   v.<br><br>DIRECTOR OF NURSING, HDSP,<br><br>            Defendant. | Case No. 2:22-cv-001789-ART-EJY<br><br>Order |

The Court's order at ECF No. 21 was sent to 42 U.S.C. § 1983 Plaintiff Antonio Castaneda at his address of record but was returned with the notation that he has been transferred to Wells Conservation Camp. (*See* ECF No. 22.) Plaintiff is advised that Local Rule IA 3-1 requires that he file written notice of change of address.

IT IS ORDERED that the Clerk of Court send a courtesy copy of ECF No. 21 to Plaintiff at:

Wells Conservation Camp

HC 67/50

Wells, Nevada 89835.

DATED THIS 12th day of June 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1